UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulation of Dismissal with Prejudice, dkt. 23.
> JPH, 5/11/2022
> Distribution via ECF.

| | |
|---|---|
| VANESSA HARMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:21-cv-02143-JPH-TAB |
| SMC CORPORATION OF AMERICA, | ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Stipulation of Dismissal with Prejudice, and stipulate that the above-captioned cause be dismissed in its entirety, with prejudice, each party to bear its own costs.

Dated: May 9, 2022

Respectfully submitted,

/s/ *Paul A. Logan (with permission)*
John H. Haskin, Esq.
Paul A. Logan, Esq.
John H. Haskin & Associates
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
jhaskin@jhaskinlaw.com
plogan@jhaskinlaw.com

*Attorneys for Plaintiff*

/s/ *David L. Swider*
David L. Swider (#517-49)
Mark A. Wohlford (#31568-03)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 (Fax)
dswider@boselaw.com
mwohlford@boselaw.com

*Attorneys for Defendant,*
*SMC Corporation of America*

4364543